EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

Eastern District of Kentucky
**FILED**
APR 13 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# _____ DIVISION at _____

CIVIL ACTION NO. _____    (Court Clerk will supply)

**BRAD ANTHONY WILLIAMS**
PLAINTIFF

VS:

Covington Police Department
John J. Coulter
Daniel J. Elsbernd
Jared Habermehl
Matthew W. Winship

DEFENDANTS

(do not use "et al.", enter full names)

Demand for Jury Trial:
Yes (✓) No ( )

## I. Plaintiff:

A. Name (list any aliases): Brad Anthony Williams

B. Prisoner ID #: _____ Check one: Convicted _____ Pretrial Detainee ✓

C. Place of present confinement: Kenton County Detention Center

D. Address: 3000 Decker Crane Ln. Covington, Ky. 41017

## II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Covington Police Department
   Title or Position: Covington Police
   Place of Employment: 1 Police Memorial Dr. Covington, Ky 41014

B. Defendant's Name: John J. Coulter
   Title or Position: Covington Police Officer
   Place of Employment: 1 Police Memorial Dr. Covington, Ky 41014

Page 1 of 8

⊗EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Daniel J. Elsbernd
   Title or Position: Covington Police Officer
   Place of Employment: 1 Police Memorial Dr. Covington, Ky. 41014
D. Defendant's Name: Jared Habermehl
   Title or Position: Covington Police Officer
   Place of Employment: 1 Police Memorial dr. Covington, Ky. 41014
E. Defendant's Name: LT. Matthew W. Winship
   Title or Position: Lieutenant Covington Police
   Place of Employment: 1 Police Memorial Dr. Covington, Ky. 41014

### III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

On 2-23-18 at 9:00 PM. I was waiting for my Daughter Diona Williams to join my family for pizza. I was talking to friend James Sizemore in backyard of my house. Suddenly 4 girls started screaming help like they were being hurt badly or killed. I jumped 2 fences and ran to there help. When I arrived. 3 girls were on 45th Huntington St. and 1 girl was being beat by a drunk older women on train tracks they were all screaming badly. I got women off young girl and told the 4 girls I would watch them home and Remember GOD was always watching over them. Girls ages range from 10-14 years old. As started back home I saw a man run from wear my motorcycle was parked on side of home. In past investigation of a child and women trafficing ring and Terrorist Cells operating in local area. I discovered through my investigation that they were connected and disappearing people in area. I Believed that my investigation my me a target for extermanation and put my family and friends in danger. There has been multable attemps on my life which Trigger my P.T.S.D. and mental health conditions. Later that night into the morning hours. On 2-24-18 at 5:24 AM My Friend Bob Fabre and Lauri Hurst my girlfriend was in bedroom doing Meth which in enhanced my P.T.S.D. My Dog "Snuffess" was

◆EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

was nosing his way in cott with Bob Fabre. Bob ask me to get Dog "Snuffess" out of Bed. I had a Assalt Rifle with shoulder strap that was broke around arm. As I reached down the gun accidently discharged hitting Bob in ear. Bob went to bathroom and called 911. My Mom and Dad came in bedroom. I was telling them it was a accident and trying to calm myself and everybody else. At Same time being in state P.T.S.D. and believeing we were in danger. The Covington Police Entered home then Bedroom unannouced and no form of Negociation set up. As police came through house. Gun accidently went off again in there direction. Realizing it was police. I annonced I was setting gun down as I came to doorway to set gun down. I was shot 6 times. Shot 1X in hand which Shattered 2 Bones, 1X in Arm which shattered Bone, 2X through Stomach, 1X in left leg, 1X in right leg, 1X in back. Was rushed to U.C. Health. Had 3 surgyes Some of intestants removed and some of colon removed. Hardware ware shot in arm. Hardware put in hand. Hand and Arm does not work propperly. Some of left leg paralized. Colon + prostate + grown has little to No feeling and severe pain in back. Life long health problems. Also police was dispatched that I was Mentally ill.

B. When did these events happen?
- Home of Brad Williams, Wayne Williams and Cindy Williams
- 4516 Decoursey Ave. Latonia, Ky 41015
- 5:30 A.M. on 2-24-2018

Page 3 of 8

◈EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

- 4516 Decoursey Ave. Latonia, Ky 41015
- Home of Brad Williams, Cindy Williams and Wayne Williams
- In Bedroom of Brad Williams

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Violation of 4th Amendment Rights
Use of Excessive Force as in K.R.S. State and Federal Law.
Violation of 14th Amendment Rights
Violation State, County, City Procedures
"Entering home of Mental Unsable Suspect with Force Unlawfully."

IV. **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (___)   NO (___)   N/A

2. If so, did you (check **ALL** that apply):   N/A
   ___ file a request or appeal to the Warden                    _____ date
   ___ appeal to the Regional Director                           _____ date
   ___ appeal to the Office of General Counsel                   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.  N/A

Page 4 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

4. What was the result? __N/A__

5. If you did not file a grievance, why not? __N/A__

B. **State Prisoners** answer the following:

1. __N/A__ Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (___) NO (___)

2. __N/A__ If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   ____ file a grievance and seek an informal resolution  _____ date
   ____ request a hearing from the Grievance Committee  _____ date
   ____ appeal to the Warden  _____ date
   ____ appeal to the Commissioner  _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (___) NO (___)
   _____ date

3. __N/A__ **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? __N/A__

5. If you did not file a grievance, why not? __N/A__

⊛EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

**C.   County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail?   YES (__)   NO (__)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.   _N/A_

    3. Did you file a grievance regarding these facts?   YES (__)   NO (__)

    4. If you filed a grievance:

      a. What steps did you take to use the grievance process?   _N/A_

      b. What was the result?

      c. If unsuccessful, did you file an appeal?   YES (__)   NO (__)

      d. What was the result?   _N/A_

      e. Did you take any further steps in the grievance process?
        YES (__)   NO (__)   NO MORE AVAILABLE (__)

      f. What was the result?   _N/A_

    5. If you did not file a grievance, why not?:   _N/A_

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES (✓) NO (  )

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:
Plaintiff: Brad Anthony Williams
Defendant(s): Covington Police Department, John Coulter, Daniel Elsberd, Jared Habermehl, Lt. Matthew Winship

2. COURT: (name the district for a federal court, or the county for a state court)
Eastern District of Kentucky (35 W. 5th St. Covington, Ky. 41011)

3. CASE NO.: 19-184-DLB   DATE FILED: 2-2-2020

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)
Dismissed without prejudice

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: 2-2-2020

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff N/A vs. Defendant(s) _____
   Court Name: _____   Case No.: _____
   Nature of Claim: _____   Date Filed: _____
   Outcome: _____   Date: _____

2. Plaintiff N/A vs. Defendant(s) _____
   Court Name: _____   Case No.: _____
   Nature of Claim: _____   Date Filed: _____
   Outcome: _____   Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff __N/A__ vs. Defendant(s) _____

Court Name: _____    Case No.: _____

Nature of Claim: _____    Date Filed: _____

Outcome: _____    Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

- $1,444,000 for pain and suffering and life long medical problems and for mental sufferings.
- All medical expenses payed from surgeys and medical treatment.

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Brad H. Williams_    543828    4-6-20
Signature of Plaintiff    Prison ID#    Date

Plaintiff's Address: 3000 DeckerCrane Ln.
Covington, Ky. 41017